**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**THE HANOVER INSURANCE COMPANY,**

**CASE NO: 23-CV-80829-RLR**

**Petitioner,**

v.

**HARRY J. ROSS, ANDREA ZIDE**, and
**STRACHUR WORLDWIDE LTD.**,

**Respondents.**

_____________________________________________/

**ANDREA ZIDE AND STRACHUR WORLDWIDE LTD.'S ANSWER AND DEMAND FOR A JURY TRIAL**

**COMES NOW** the Respondents, Andrea Zide and Strachur Worldwide Ltd., by and through undersigned counsel, and hereby files their Answer and Demand for a Jury Trial.

1. Admit.
2. Deny.
3. Admit.
4. Admit.
5. Admit.
6. Admit.
7. Admit.
8. Admit.
9. Deny.
10. Admit.
11. Admit.

12. Admit

13. Deny, in that the exclusions do not apply in relation to underlying claims brought by Andrea Zide and Strachur Worldwide Ltd.

14. Admit.

15. Deny. (See latest amended complaint)

16. Admit.

17. Admit.

18. Admit.

19. The Defendants are without sufficient knowledge to admit or deny.

20. Deny. Defendants believe and contend that no exclusions apply to the Underlying Litigation brought against Ross in the legal malpractice case. The facts show beyond any doubt that Ross was negligent and breached his duties as escrow agent under the escrow agreement. The claims asserted in the Underlying Litigation allege offenses that are covered by the terms of the insurance policy, namely gross negligence and legal malpractice.

21. The Defendants are without sufficient knowledge to admit or deny.

22. Deny.

23. Deny. The policy clearly covers gross negligence and legal malpractice.

24. 90% of the facts are "ascertainable." Gross negligence and legal malpractice have been "ascertained."

25. Deny. Hannover's policy provides full coverage for legal malpractice and gross negligence and Wrongful Acts (as defined by the policy, Wrongful Acts mean any actual or alleged negligent act, error, omission, misstatement).

26. Deny.

27. Admit.

28. Admit.

29. Deny.

**DEMAND FOR JURY TRIAL**

Respondents, Andrea Zide and Strachur Worldwide Ltd. hereby demand a Jury Trial for any and all triable issues in this action.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 20th day of September 2023, that a true and correct copy of the foregoing was filed with the Court through the use of the Florida Courts eFiling Portal and Case 9:23-cv-80829-RLR. Document has been served upon all parties via the Florida Courts eFiling Portal eService in accordance with rule 2.516, Florida Rules of Judicial Administration.

Respectfully submitted this 20th day of September 2023.

By: __*/s/Robert I. Rubin*______________________

Robert I. Rubin, Esq.
Florida Bar No. 7293
Counsel for Andrea Zide, and Strachur Worldwide Ltd., Respondents
Telephone: (561) 322-5752
E-Mail: robertianrubin1958@gmail.com
pleadingsrir@gmail.com