**UNITED STATES DISTRICT COURT**
**SOUTHERB DISTRICT OF FLORIDA**

**THE HANOVER INSURANCE COMPANY,**

**CASE NO.: 23-CV-80829-RLR**

Petitioner,

v.

**HARRY J. ROSS,**
**ANDREA ZIDE,** and
**STRACHUR WORLDWIDE LTD.,**

Respondents.

_________________________________________/

**RESPONDENTS', ANDREA ZIDE AND STRACHUR WORLDWIDE LTD., INITIAL DISCLOSURE**

Respondents, ANDREA ZIDE and STRACHUR WORLDWIDE LTD., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 26, hereby serve their Initial Disclosure and states as follows:

1. Name, and, if known, address and telephone number of each individual likely to have discoverable information that Petitioner my use to support its claims or defenses:
    a. Harry J. Ross, Esq., c/o Joseph S. Kashi, Esq., 1079 Hawks Vista Street, Plantation, FL, 33324; 954-364-3780: Mr. Ross is expected to have knowledge about the facts alleged in this case.
    b. Andrea Zide, c/o Robert I. Rubin, Esq., 6620 Thornhill Ct., Boca Raton, FL, 33433.
    c. Craig Hubner; Mr. Hubner is expected to have knowledge about his participation in the events that led to this case. (address in Malasia)

d. Christopher West, 40 Miller Street Trust, Level 35, 60 Margaret St., Sydney NSW 2000, Australia, Christopher.west@40millerstreettrust.com.

e. Itzok Plevink; Mr. Plevnik is expected to have knowledge about his participation in the events that led to this case.

2. A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of Petitioner and that it may use to support its claims or defenses.

   a. Policy insurance agreement issued to Respondent, Harry J. Ross, number LHH610287 01 by Petitioner, in possession of Petitioner and Respond Ross.

   b. Deposition of Harry J. Ross.

   c. Deposition of Andrea Zide.

   d. Escrow agreement.

   e. Fake release.

   f. All correspondence between all parties and witnesses.

   g. All Exhibits to depositions.

   h. All wire transfer information.

**COMPUTATION OF DAMAGES**

3. $1.2 million, plus attorney's fees, this is the amount of money transferred to Ross.

4. Zide has no insurance to cover this loss.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 15th day of October 2023, that a true and correct copy of the foregoing was filed with the Court through the use of the Florida Courts eFiling Portal in

Case No. 9:23-cv-80829-RLR and said Document has been served upon all parties via the Florida Courts eFiling Portal eService in accordance with rule 2.516, Florida Rules of Judicial Administration.

Respectfully submitted this 15th day of October 2023.

By: ___*/s/Robert I. Rubin*____________________

Robert I. Rubin, Esq.
Florida Bar No. 7293
Counsel for Andrea Zide, and Strachur Worldwide Ltd., Respondents
Telephone: (561) 322-5752
E-Mail: robertianrubin1958@gmail.com
pleadingsrir@gmail.com