UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**THE HANOVER INSURANCE COMPANY,**         CASE NO.: 23-CV-80829-RLR

    Petitioner,
v.

**HARRY J. ROSS,**
**ANDREA ZIDE,** and
**STRACHUR WORLDWIDE LTD.,**

    Respondents.
_____/

### RESPONDENT'S 30(b)(6) REQUEST FOR A CORPORATE REPRESENTATIVE WITH KNOWLEDGE

COMES NOW Respondents, ANDREA ZIDE and STRACHUR WORLDWIDE, LTD., by and through undersigned counsel and serves this 30(b)(6) Request for a Corporate Representative with Knowledge of the following:

1. Hanover's policies and procedures concerning the two exclusions cited by Hanover in its complaint.

2. Familiarity with all Hanover cases in the last seven (7) years whereby Hanover evoked these coverage defenses.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of October 2023, that a true and correct copy of the foregoing was filed with the Court through the use of the Florida Courts eFiling ePortal in

Case 9:23-cv-80829-RLR. Document has been served upon all parties via the Florida Courts eFiling ePortal eService in accordance with rule 2.516, Florida Rules of Judicial Administration.

Respectfully submitted this 29th day of October 2023.

>By: ____/s/ Robert I. Rubin_____
> Robert I. Rubin, Esq.
> Florida Bar No. 7293
> Counsel for Andrea Zide, and Strachur Worldwide Ltd., Respondents
> Telephone: (561) 322-5752
> E-Mail: robertianrubin1958@gmail.com
> pleadingsrir@gmail.com