UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:23-cv-80829-RLR

The Hanover Insurance Company,

Petitioner,

v.

Harry J. Ross, Andea Zide, and
Strachur Worldwide Ltd.,

Respondents.
_________________________________/

**ROSS'S RESPONSE TO ORDER GRANTING LEAVE TO FILE DEPOSITION**

Respondent Harry Ross responds to the court's paperless order (DE 63) granting respondents'Andrea Zide and Strachur Worldwide's Motion to file the deposition of Edmond Andrews. (DE 61) The order was entered on April 25, 2024 and provided that respondents could, by May 15, 2024, file new responses to petitioner, Hanover Insurance Company's Motion for summary judgment, and petitioner could file a reply by May 22, 2024.

Ross believes that the order was not intended to provide the parties with a pretense to reargue the positions they previously asserted but rather to explain how Mr. Andrews' deposition supports or refutes the arguments they previously made. This is impossible. Although the court granted Zide and Strachur's motion to file

the deposition of Mr. Andrews, they have not done so. As a result, the rationale for filing new responses in opposition to, or a new reply in support of, the motion for summary judgment does not exist. Under the circumstances, Ross asks the court not to entertain new responses or a new reply.

I certify that this document was filed on May 14, 2024 on the court's CM ECF system, and copies will be served through CM ECF on:

Kenneth P. Carman
Gregory A. Victor
Yadhira Ramirez-Toro
Torres Victor
1451 West Cypress Creek Road, Suite 211
Fort Lauderdale, Florida 33309

Robert I. Rubin
Robertianrubin1958@gmail.com
pleadingsrir@gmail.com

Joseph S. Kashi, P.A.

/s Joseph S. Kashi
Florida Bar Number 219398

10791 Hawks Vista Street
Plantation, Florida 33324
954-364-3780 Office
954-364-3781 Facsimile
jkashi@jskpa.com

Counsel for respondent Ross